UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

ANTHONY A. CLARKE,

Plaintiff,

v.

UNITED STATES OF AMERICA,

Defendant.

Civil No. 11-2605 (JRT/JJG)

**ORDER ON STIPULATION FOR CONSENT TO FILE AMENDED COMPLAINT AND FOR ORDER EXTENDING TIME TO RESPOND**

Pursuant to the Stipulation for Consent to File Amended Company and for Order Extending Time to Respond (Doc. No. 12), entered into by the parties, no hearing being deemed necessarily, and for good cause shown,

**IT IS HEREBY ORDERED** that the Stipulation (Doc. No. 12) is hereby **ADOPTED** as follows:

1. Plaintiff shall e-file and the Clerk of Court shall docket Plaintiff's First Amended Complaint for Damages; and

2. Defendants United States of America, United States Immigration and Customs Enforcement ("ICE") Special Agent Ulrich Palmer Denig, ICE Special Agent Joshua Brenner, ICE Assistant Special Agent in Charge Mary L. Hernandez, ICE Officer James LNU, ICE Officer Wes Match, ICE Deportation Officer Jennifer Skwira, ICE Deportation Officer Christopher Klinger, and ICE Officials and Agents John Does 1-50 (collectively "federal defendants") are hereby **GRANTED** an extension of time to answer or otherwise respond to Plaintiff's First Amended Complaint for Damages to and including sixty (60) days after the last federal defendant has been served in accordance with Fed. R. Civ. P. 4(i).

Dated: February 22, 2012

s/ *Jeanne J. Graham*
JEANNE J. GRAHAM
United States Magistrate Judge