**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

---

ANTHONY A. CLARKE,

Plaintiff,

v.

UNITED STATES OF AMERICA et al,

Defendants.

Civil No. 11-2605 (JRT/JJG)

**ORDER FOR DISMISSAL WITH PREJUDICE**

---

Angela Bortel, **THE BORTEL FIRM, LLC,** 825 Nicollet Mall, Suite 811, Minneapolis, MN 55402, for plaintiff.

Lonnie F Bryan, Assistant United States Attorney, **UNITED STATES ATTORNEY'S OFFICE,** 300 South Fourth Street, Suite 600, Minneapolis, MN 55415, for defendants.

This matter is before the Court on the Stipulation of Dismissal by all parties filed on May 27, 2014 [Docket No. 78].

Based upon all the files, records and proceedings herein**, IT IS HEREBY ORDERED** that this action, and all claims asserted herein, may be fully and finally **DISMISSED WITH PREJUDICE,** and without further costs to either party.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

DATED: May 28, 2014
at Minneapolis, Minnesota.

s/John R. Tunheim
JOHN R. TUNHEIM
United States District Judge